966 F.2d 1443
 NOTICE: Fourth Circuit I.O.P. 36.6 states that citation of unpublished dispositions is disfavored except for establishing res judicata, estoppel, or the law of the case and requires service of copies of cited unpublished dispositions of the Fourth Circuit.
Job PEPE, Plaintiff-Appellant,
v.
John B. TAYLOR, Warden; F. S. Robinson, Defendants-Appellees.
 No. 92-6254.
 United States Court of Appeals,
Fourth Circuit.
 Submitted: June 1, 1992
Decided: June 11, 1992
 
 Job Pepe, Appellant Pro Se.
 Karen Lynn Lebo, Office of the Attorney General of Virginia, Richmond, Virginia, for Appellees.
 Before PHILLIPS, WILKINSON, and LUTTIG, Circuit Judges.
 PER CURIAM:
 
 OPINION
 
 1
 Job Pepe appeals from the magistrate judge's order denying relief under 42 U.S.C. § 1983 (1988). Our review of the record and the magistrate judge's opinion discloses that this appeal is without merit. Accordingly, we affirm on the reasoning of the magistrate judge. Pepe v. Taylor, No. CA-91-804-R (W.D. Va. Mar. 3, 1992). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the Court and argument would not aid the decisional process.
 
 AFFIRMED